UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

District Case No.: 5:24-CV-02315-JGB-DTB
Appeal No.: 22-1154

RYAN ABAIR,
Plaintiff-Appellant,

v.

FASHION NOVA, INC.,
Defendant-Appellee.

Defendant's Address:
Fashion Nova, Inc.
2801 East 46TH St
Los Angeles, CA 90058

―――――

PLAINTIFF-APPELLANT RYAN ABAIR'S MOTION TO OBJECT TO DISCHARGE OF DEBT
PURSUANT TO 11 U.S.C. §§ 523(a)(2), 523(a)(6), AND 727

United States Court of Appeals for the Ninth Circuit
Court Address: 95 7th Street, San Francisco, CA 94103

―――――

I. INTRODUCTION

Plaintiff-Appellant Ryan Abair hereby submits this Motion to Object to the Discharge of Debt owed by Defendant-Appellee Fashion Nova, Inc. pursuant to 11 U.S.C. §§ 523(a)(2), 523(a)(6), and 727. The debt arises from Fashion Nova's willful and malicious infringement of Plaintiff-Appellant's intellectual property in clothing designs and related trademarks, fraudulent conduct, and deliberate abuse of the bankruptcy process. Defendant's attempt to discharge this debt through bankruptcy is an abuse of the legal system and must be denied, particularly because Fashion Nova is a multi-million (or billion-dollar) corporation with ample financial resources to satisfy its obligations.

Plaintiff has had enough and is at wits end with the intentional sabotage from defendants and the courts. Failure to comply with the law, and proceedings. Trying to delay justice. Giving plaintiff the run around playing juvenile, and petty tactics to ensure plaintiff doesn't receive rightful compensation. " I AM NOT A SLAVE, I DO NOT WORK FOR FREE, AND ITS TIME TO PAY UP. ENOUGH OF THE STUPID SHENANIGANS. THE DEFENDANTS FEEL ENTITLED TO MY WORK AND THEY ARE NOT WELCOME WITH REPRODUCING OR RECEIVING UNJUST ENRICHMENT FROM ME. I DO NOT CARE WHAT PEOPLE WANT OR LIKE. IT'S MINE AND I NEED MY RIGHTFUL COMPENSATION. I DON'T KNOW WHY THIS IS EVEN IN APPEALS COURT WHEN THE DEFENDANTS NEVER RESPONDED AND THEY ARE LEGALLY SUPPOSED TO BE PAYING BY DEFAULT. I DON'T KNOW WHAT ALL OF THE UNNECESSARY PROCEDURES ARE FOR. HOW CAN THE COURTS DISCHARGE A DEBT AND THE DEFENDANTS ARE NOT RESPONDING?"

IT SEEMS AS IF THE COURTS AND THE DEFENDANTS ARE ATTEMPTING TO ESCALATE THE MATTERS. FORCING PLAINTIFF TO TAKE MATTERS INTO THEIR OWN HANDS IF THE DEFENDANTS DO NOT PAY UP. AND IF THE COURTS ALLOW INJUSTICE. BY INSULTING THE PLAINTIFFS INTELLIGENCE, PLAYING MIND GAMES, DISRESPECTING THE PLAINTIFF FOR NO REASON. INVOLUNTARY ENSLAVING THE PLAINTIFF.

## II. FACTUAL BACKGROUND

1. Plaintiff-Appellant Ryan Abair is the owner of valid intellectual property rights in clothing designs and related trademarks.

2. Defendant-Appellee Fashion Nova, Inc. knowingly and willfully infringed upon Plaintiff-Appellant's intellectual property by unauthorized reproduction, distribution, and sale of the protected clothing designs.

3. Despite repeated demands for compensation and cessation of the infringing conduct, Fashion Nova continued to profit from the infringement.

4. Fashion Nova now seeks to discharge its debt arising from this infringement through bankruptcy, attempting to evade its legal and financial obligations.

5. The evidence set forth in Exhibits A, B, and C demonstrates that Fashion Nova's conduct was intentional, fraudulent, and constitutes willful and malicious injury to Plaintiff-Appellant.

6. Defendant-Appellee is a large corporation with substantial financial resources. Given its significant financial capacity, Fashion Nova has both the means and the obligation to fully compensate Plaintiff-Appellant. Its attempt to discharge this debt via bankruptcy is solely a tactic to avoid payment.

## DEFENDANTS MUST COMPENSATE PLAINTIFF BY LAW

### A. Debt Arising from Fraud Cannot Be Discharged (11 U.S.C. § 523(a)(2))

Under 11 U.S.C. § 523(a)(2), any debt incurred through fraud, false pretenses, or misrepresentation is non-dischargeable. Fashion Nova's unauthorized use of Plaintiff-Appellant's intellectual property was committed with full knowledge and intent to deceive. Precedent affirms that debts arising from such fraudulent conduct must remain enforceable despite a bankruptcy filing.

### B. Debt Arising from Willful and Malicious Injury (11 U.S.C. § 523(a)(6))

11 U.S.C. § 523(a)(6) provides that debts resulting from willful and malicious injury to another party or its property are non-dischargeable. Fashion Nova's deliberate infringement and refusal to compensate the rightful owner constitute intentional harm. Courts have consistently held that such deliberate wrongdoing precludes discharge of the resulting debt.

### C. Denial of Discharge for Bad Faith Conduct (11 U.S.C. § 727)

Under 11 U.S.C. § 727, a debtor may be denied a discharge if it is shown that the debtor engaged in bad faith conduct—including asset concealment and misrepresentation. Fashion Nova's attempt to discharge its debt while profiting from wrongful conduct and evading accountability is a clear abuse of the bankruptcy process and must not be permitted.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff-Appellant Ryan Abair respectfully requests that this Court:

   1. Deny the discharge of the debt owed by Defendant-Appellee Fashion Nova, Inc., under 11 U.S.C. §§ 523(a)(2), 523(a)(6), and 727;

   2. Declare that the debt arising from Fashion Nova's wrongful infringement is non-dischargeable;

   3. Award Plaintiff-Appellant all appropriate attorney's fees, costs, and any further relief the Court deems just and proper.

   4. I DO NOT KNOW HOW THE DEFENDANTS WILL COMPENSATE ME, BUT THEY BETTER HAVE MY MONEY. ASAP.

   5. ENOUGH OF THE EXCUSES, DELAYS, AND RUN AROUND. I AM SEEKING ASSISTANCE FROM THE COURT TO RESOLVE MATTERS AMICABLY. PLEASE DO SO….. I MUST BE COMPENSATED REGARDLESS. It's the law. :)

   6. I do not have to litigate with the infringers. I do not have to go through trial in a certain court procedures if I do not want to especially with Blatant evidence. And shouldn't have to.

PAY ME FOR MY WORK. ITS AS SIMPLE AS THAT.

$$$$$$$

If the defendants or the courts think that they're going to steal all of my work and not compensate me and enjoy the fruits of my labor, then they have another thing coming.

I don't care who knows who I don't care who the defendants are. I don't care about the courts and the defendants conflict of interest. I do not care for the defendants or the courts "opinion" it's the law so let's abide by them.

_____

Respectfully submitted,

RYAN ABAIR


ORDER

IT IS SO ORDERED.
Dated: 03/15/25

_____


Signature of Judge


_____

United States Court of Appeals for the Ninth Circuit