UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAR 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN ABAIR, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> FASHION NOVA, INC., <br><br> Defendant - Appellee. | No. 25-1154 <br><br> D.C. No. 5:25-cv-00087-JGB-DTB <br> Central District of California, Riverside <br><br> ORDER |

The fees for this appeal are overdue. Within 21 days, appellant must pay $605 to the district court and file proof of payment in this court or file a motion to proceed in forma pauperis. If appellant does not do so, the court will dismiss this appeal. *See* 9th Cir. R. 42-1.

The opening brief was filed March 14, 2025.

All pending motions will be addressed by separate order.

The clerk will serve Form 4 on appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT